| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MCDONALD, ALAN A | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>3/18/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR ARTICLE III JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial   ◉ Annual   ◯ FInal | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P O BOX 2706<br><br>YAKIMA WA 98907-2706 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | OWNER | MARU RANCHES |
| 2. | PARTNER | MARUDO ASSOCIATES |
| 3. | PARTNER | CHIAWANA ORCHARDS |
| 4. | STOCKHOLDER | CHIAWANA INC |
| 5. | PARTNER | MPM PARTNERSHIP |
| 6. | PARTNER | M&M RENTALS, A PARTNERSHIP |
| 7. | OWNER | BADGER PCKET ORCHARD |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

DISCLOSURE OFFICE FINANCIAL   2005 MAY -2 A 10: 29   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital Equipment Lease | equipment (Chiawana Orch), Part VII, Line 5 | M |
| 2. | U.S. Bank | operating line (Chiawana Inc) Part VII, Line 10 | None |
| 3. | Misc. payables | revolving (Chiawana Inc) Part VII, Line 10 | P1 |
| 4. | Misc. payables | revolving (Chiawana Orch) Part VII, Line 5 | P1 |
| 5. | U.S. Bank | debt (MPM) Part VII, Line 17 | N |
| 6. | Allen/Meyer/McDonald | notes (Chiawana Orch) Part VII, Line 5 | O |
| 7. | Farm Credit Services | note/debt (Chiawana orch) Part VII, Line 5 | P2 |
| 8. | Farm Credit Services | term note (Chiawana Inc) Part VII, Line 10 | N |
| 9. | U.S. Bank | operating line (Chiawana Orch) Part VII, Line 5 | P1 |
| 10. | W. G. Meyer, Jr. | note (Chiawana Inc) Part VII, Line 10 | L |
| 11. | Banner Bank | mortgage (Marudo) Part VII, Line 4 | M |

## VI. LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 12.  Key Bank | mortgage (Marudo) Part VII, Line | P1 |
| 13.  Perez | note (Chiawana Orch) Part VII, Line 5 | None |
| 14.  Shinn Family LLC | note (Chiawana Orch) Part VII, Line 5 | L |
| 15.  David Newman | note (Chiawana Inc) Part VII, Line 10 | L |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 3/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. LORD ABBETT AFFIL.A-(formerly AFFILIATED FUND) | C | Dividend | N | T | | | | | |
| 2. Misc bank accounts (formerly Bakn of the West, Yakima) | A | Interest | | | | | | | |
| 3. RENTAL PROPERTY, SELAH, WA | F | Rent | M | U | Part Gift | 12/27 | N | | Charity - Sundown M |
| 4. MARUDO ASSOCIATES (1/2 INTEREST) LAND DEVELOP. | G | Rent | P2 | U | | | | | |
| 5. CHIAWANA ORCHARDS (1/4 int)Bent,Grant,Yak & Frank Co | H1 | Rent | P3 | U | Bought | 6/4 | N | | Prudential Ins Company |
| 6. | | | | | Bought | 9/28 | O | | Charles Sayre |
| 7. | | | | | Bought | 10/27 | M | | Shinn Family LLC |
| 8. | | | | | Bought | 11/30 | N | | Larry Shockley |
| 9. | | | | | Bought | 12/9 | O | | Carl Klingeman |
| 10. CHIAWANA INC (1/4 int) fruit warehouse, Yakima, WA | H2 | Rent | P2 | U | | | | | |
| 11. AMERICAN EXPRESS, common stock | B | Dividend | M | T | | | | | |
| 12. BOEING, INC, common stock | C | Dividend | M | T | partial gift | 12/23 | K | A | Gift toadult daughter |
| 13. US BANCORP, common stock | F | Dividend | P1 | T | | | | | |
| 14. PYPER JAFFRAY, common stock | | None | K | T | | | | | |
| 15. SAN FRANCISCO AIRPORT IMPR BOND, 8.5% 11/1/09 | | None | | | redemption | 1/1 | J | | |
| 16. INTERMOUNTAIN PWR AGENCY, 7/1/2008, bond | | None | | | redemption | 1/1 | J | | |
| 17. P'SHIP, 1/3 int, Yakima, WA., cold storage - "MPM" | G | Rent | P1 | U | | | | | |
| 18. P'SHIP, 1/2 int, Yakima, WA, wood apple bin rentals-"M&M" | F | Rent | L | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 3/18/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. LEHMAN BROS. HOLDINGS, INC, common stock | A | Dividend | K | T | | | | | |
| 20. BADGER POCKET VISTA RANCH, Kittitas Co., WA | D | Rent | N | U | | | | | |
| 21. OWATONNA MN IDR SIDELL, muni bond 7.375% | B | Interest | | | Total Sale | 5/19 | K | | No gain |
| 22. GOLDENDALE WA WTR SWR REV REF 5.65% 5/1/13, tax free | B | Interest | K | T | | | | | |
| 23. TOPPENISH WA GO, 4.55%, 7/01/2004, muni-bond | B | Interest | | | Redeemed | 7/1 | K | | No gain |
| 24. NUVEEN SENIOR INC FD, common stock | B | Dividend | K | T | | | | | |
| 25. ALTRIA GRP, common stock | D | Dividend | M | T | | | | | |
| 26. SAFECO CORP., common stock | B | Dividend | M | T | | | | | |
| 27. TOPPENISH WA GO B/E, muni-bond, 4.35% 12/1/04 | A | Interest | | | Redeemed | 12/1 | K | | No gain |
| 28. CADBURY SCHWEPPES, pfd stock | B | Interest | J | T | | | | | |
| 29. COSTCO, common stock | A | Dividend | K | T | | | | | |
| 30. ROYAL DUTCH PETE CO., commons tock | B | Dividend | K | T | | | | | |
| 31. GREATER BAY BANKS, pfd stock, 9% 8/31/2006 | B | Interest | K | T | | | | | |
| 32. ALLIANCE BERNSTEIN, mutual fund | C | Dividend | L | T | | | | | |
| 33. CHEVRON TEXACO, common stock | B | Dividend | L | T | | | | | |
| 34. PRINCIPAL FINANCIAL GROUP, common stock | A | Dividend | K | T | | | | | |
| 35. AMGEN, common stock | | None | L | T | | | | | |
| 36. CISCO SYS, common stock | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 3/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. CITIGROUP, common stock | A | Dividend | K | T | | | | | |
| 38. GENERAL ELECTRIC, common stock | A | Dividend | K | T | | | | | |
| 39. INTEL CORP, common stock | A | Dividend | K | T | | | | | |
| 40. INTERNATIONAL BUSINESS MACHINE, common stock | A | Dividend | K | T | | | | | |
| 41. ADC TELECOMMUNICATIONS, common stock | | None | J | T | | | | | |
| 42. MUNDER NETNET-B common stock | | None | J | T | | | | | |
| 43. MUNDER POWER PLUS, common stock | | None | K | T | | | | | |
| 44. INTRADO, common stock | | None | | | Total Sale | 10/27 | J | | No gain |
| 45. U S BANK ACCOUNTS | C | Div/Int | P1 | T | | | | | |
| 46. MEDTRONIC, common stock | A | Dividend | L | T | | | | | |
| 47. CHOEN & STEERS, common stock | C | Dividend | L | T | | | | | |
| 48. LATICE SEMI-CONDUCTOR, common stock | | None | | | Total Sale | 10/27 | J | | No gain |
| 49. GABELLI DIVIDEND, common stock | B | Dividend | K | T | Bought | 7/27 | K | | |
| 50. CALAMOS CONV, common stock | C | Dividend | K | T | | | | | |
| 51. TOBACCO SETTLEMENT, Wa, 6.5% tax exempt bond | B | Interest | K | T | | | | | |
| 52. AMERIVEST PPTYS, common stock | B | Dividend | K | T | | | | | |
| 53. LORD ABBETT, tax-free, Nat Inc - A | D | Interest | N | T | | | | | |
| 54. MADISON CLAYMORE COVERED CALL FUND | A | Dividend | K | T | Bought | 7/27 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 3/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. FANNIE MAE | | None | K | T | Bought | 10/27 | K | | |
| 56. | | | | | | | | | |
| 57. IRA, DAIN RAUSCHER BROKERAGE ACCOUNT | E | Div/Int | P1 | T | | | | | |
| 58. - Misc FNMA REMIC, collateralized obligation | | | | | Bought | 6/22 | A | | |
| 59. | | | | | Part Sale | 11/15 | J | | |
| 60. - Bristol Myers Squibb, common stock | | | | | | | | | |
| 61. - Great Hall - cash equivalent | | | | | | | | | |
| 62. - Exxon Mobil Corp, commonstock | | | | | | | | | |
| 63. - General Electric, common stock | | | | | | | | | |
| 64. - Pfizer, common stock | | | | | Part Sale | 11/9 | L | | No gain |
| 65. - Nicholas Applegate, tax fixed income bond | | | | | | | | | |
| 66. - Fidelity Advisor Ser VII Tech Fd Cl T, mutial fund | | | | | Total Sale | 10/27 | K | | No gain |
| 67. - Nuveen Pref/conv. Fund, bond | | | | | Bought | 6/24 | J | | |
| 68. | | | | | Total Sale | 7/27 | K | | No gain |
| 69. - Jundt Opportunity Fd, mutual fund | | | | | Exchange | 12/27 | M | | See Note #1 |
| 70. - Flaherty & Crwmrine, bond | | | | | | | | | |
| 71. - Oppenheimer Strategic Inc. Fd, mutual fund | | | | | Total Sale | 6/22 | M | | No gain |
| 72. - Govt Nat' Mtg Assn, 9%, 9/15/08, coll. Obligation | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 3/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Boston Scientific Corp, common stock | | | | | Part Sale | 9/13 | K | E | |
| 74. - Medtronic Inc, common stock | | | | | Bought | 5/13 | L | | See Note #2 |
| 75. | | | | | Total Sale | 11/29 | K | | No gain |
| 76. - Merck & Co., common stock | | | | | Total sale | 11/9 | K | | No gain |
| 77. - Nisource Inc., common stock | | | | | | | | | |
| 78. - Jundt Mid-Cap Growth Fund CL B, mutual fund | | | | | Exchange | 12/27 | M | | See Note #1 |
| 79. - Viacom, common stock | | | | | Total Sale | 9/16 | J | | No gain |
| 80. - Chevron Texaco, common stock | | | | | | | | | |
| 81. - Lily Elil & Co., common stock | | | | | Total sale | 11/9 | L | | No gain |
| 82. - Greater Bay Banks, 9%, pfd stock | | | | | | | | | |
| 83. - Fidelity Equity Value, Cl B, mutual fund | | | | | Part sale | 10/27 | K | D | |
| 84. - Gamerica Capital-B, mutual fund | | | | | | | | | |
| 85. - Tyco Intl Ltd, common stock | | | | | | | | | |
| 86. - - Cohen & Steers Premium, common stock | | | | | Bought | 6/22 | K | | |
| 87. | | | | | Total sale | 11/29 | K | A | |
| 88. - Enerplus Res Fund, common stock | | | | | Part sale | 1/27 | K | D | |
| 89. - Chittenden Capital 8% Pfd, bond | | | | | | | | | |
| 90. - Crosstex Energy Lp | | | | | Bought | 1/27 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 3/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | Part sale | 5/13 | K | D | |
| 92. | | | | | Part sale | 9/13 | K | E | |
| 93. - Markwest Energy Partners, LP | | | | | Part sale | 1/27 | K | E | |
| 94. - Calamos Convertible Opp & Inc Fund | | | | | Bought | 6/22 | K | | |
| 95. - Capitol Lease Funding | | | | | Bought | 6/24 | J | | |
| 96. - Cimarex Energy Co | | | | | Bought | 1/27 | K | | |
| 97. - Gabelli Div & Inc. Fund | | | | | Bought | 6/22 | K | | |
| 98. - New York Mtg Tr. | | | | | Bought | 6/23 | K | | |
| 99. - Technology Investment Cap. Corp. | | | | | Bought | 6/24 | J | | |
| 100. - Tortoise Energy Corp. | | | | | Bought | 7/27 | J | | |
| 101. - Verizon Communications | | | | | Bought | 9/13 | K | | |
| 102. - XM Satellite Radio | | | | | Bought | 9/13 | K | | |
| 103. - Eaton Vance Enhanced Equity Inc Fund | | | | | Bought | 10/27 | K | | |
| 104. - Fannie Mae | | | | | Bought | 10/27 | L | | |
| 105. - Copano Energy | | | | | Bought | 11/9 | K | | |
| 106. - RMR F.I.R.E. Fund | | | | | Bought | 11/23 | K | | |
| 107. - Fidelity Adv Mid-Capp 11 - Cl. B. | | | | | Bought | 10/27 | L | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Notes to Investments and Trusts:

Note #1 - Jundt Opportunity Fund was a reported asset in the prior year's report.  During December 2004 all of the Jundt Mid-Cap Growth Fund was exchanged for additional Jundt Opportunity Fund.  "Mid-Cap" is now totally exchanged, and all holdings are in "Opportunity".

Note #2 - Medtronic Inc stock was sold entirely during the previous reporting year.  However, mid-year 2004, more stock from this company was purchased, and then again entirely sold, later in 2004.  Thus, these transactions were reported on the same line of the prior year's holdings in Medtronic.

Note #3 -Note to US Bank (Chiawana) was paid in full on 12/3/04

Note #4 - Note to Perez (Chiawana) was paid in full on 8/10/04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCDONALD, ALAN A | 3/18/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _4/25/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

United States District Court
Eastern District of Washington
216 United States Courthouse
P.O. Box 2706
Yakima, Washington 98907-2706
(509) 575-5838

Alan A. McDonald

　Senior Judge

June 15, 2005

RECEIVED

2005 JUN 21 · A 11: 10

FINANCIAL
DISCLOSURE OFFICE

Judicial Conference of the United States
Committee on Financial Disclosure
Attn: Mary M. Lisi, Chair
One Columbus Circle, NE
Washington DC 20544

Re:　Calendar Year 2004 Filing

Dear Ms. Lisi:

In response to your June 10, 2005 letter requesting additional information, the following is submitted as a supplemental to the initial Calendar Year 2004 Filing:

Part VII, line 2: Misc. Bank accounts
　　Description of Asset:　This line should have indicated "Bank of the West Accounts".
　　Value Code 2 - should have indicated L
　　Value Code 3 - should have indicated T

Part VII, line 58:
　　Description of Asset:　Misc FNMA REMIC,
　　Column D(1) should have indicated J

Regarding the 2003 report, Part VII, line 40 asset which did not appear in the 2004 report:
Description of Asset: ISTAR Financial, common stock
　　This asset was deleted in error from the 2004 report and should have appeared as:
　　　　Description:　ISTAR Financial, common stock
　　　　Income B:　(1) C
　　　　　　　　　(2) Dividend
　　　　Value C:　(1) K
　　　　　　　　　(2) T
This asset has been added to my copy of the 2004 report, being inserted at Line 56 for all future references.

The above clarification and information is provided in the hope it will satisfy the inquiry. We apologize for any inconvenience this may have caused you.

